

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00618-CV

Victor E. **LOPEZ**,
Appellant

v.

**VANDERBILT MORTGAGE AND FINANCE, INC.**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00960
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

Costs of appeal are assessed against appellant.

SIGNED March 12, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice